STEVEN W. CALL (5260)
JUSTIN M. KUETTEL (16873)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Email: scall@rqn.com

*Attorneys for State Bank of Southern Utah*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>ALLEN BEAL, an individual,<br><br>    Debtor. | Bankruptcy No. 19-20276<br>(Chapter 7) |
| STATE BANK OF SOUTHERN UTAH,<br><br>    State Bank, a Utah banking corporation,<br><br>    vs.<br><br>ALLEN BEAL,<br><br>    Defendant, an individual. | Adversary No. 19-02043<br><br><br><br>Hon. R. Kimball Mosier |

**EXHIBITS TO COMPLAINT FOR THE NON-DISCHARGEABILITY OF A DEBT PURSUANT TO 11 U.S.C. § 523(a)(6) AND FOR
THE DENIAL OF DISCHARGE PURSUANT TO § 727(d)(3)**

State Bank of Southern Utah ("**State Bank**" or "**Bank**"), by and through its counsel Ray

Quinney & Nebeker P.C., files herewith its Exhibits 1 through 10 as referenced in its complaint

for the non-dischargeability of a debt pursuant to 11 U.S.C. § 523 (a)(6) and for the denial of discharge pursuant to § 727(d)(3).

The Exhibits attached hereto were not filed with the complaint due to technical difficulties and issues experienced while attempting to file the original complaint on April 22, 2019. The Exhibits are identified as follows:

| No. | Description |
|---|---|
| 1 | State Court Complaint; State Bank of Southern Utah vs. A&L Transport, LLC, Allen Beal, Elizabeth Beal, and John Does I through 10 with Exhibits:<br>A – Promissory Note<br>B – Agricultural Security Agreement<br>C – Commercial Security Agreement<br>D – UCC Financing Statement and Central Filing Statement |
| 2 | Check from Triple P Brand, LLC to Allen Beal and deposit receipt |
| 3 | Check from Rolayne Calves LLC to Allen Beal and deposit receipt |
| 4 | Purchase Order from Dale T. Smith & Sons |
| 5 | Record of wire transfer of $28,550.00 to Allen Beal |
| 6 | Check from Producers Livestock Marketing Association to Allen Beal and deposit receipt |
| 7 | Seller History Report |
| 8 | State Court Default Judgment |
| 9 | Order Authorizing rule 2004 Examination of the Debtor |
| 10 | Subpoena for Rule 2004 Examination and Production of Documents |

DATED this 23rd day of April, 2019.

RAY QUINNEY & NEBEKER P.C.

/s/  *Steven W. Call*
Steven W. Call
Justin M. Kuettel
Attorneys for State Bank of Southern Utah

1488376

2