# TAB A

**Steven Call**

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:00 AM |
| **To:** | 'wmorrison01@gmail.com' |
| **Attachments:** | RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint.pdf |

Your message is ready to be sent with the following file or link attachments:

RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.