# TAB B

**Eliza Tito**

| | |
|---|---|
| From: | Steven Call |
| Sent: | Tuesday, April 23, 2019 12:08 AM |
| To: | Will Morrison (willmorrison01@gmail.com) |
| Cc: | Eliza Tito |
| Subject: | Complaint and first five exhibits |
| Attachments: | RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint.pdf; Exhibit 1, Order Authorizing Examination.pdf; Exhibit 2 Subpoena for 2004 Examination.pdf; Exhibit 2 Triple Brand Payment.pdf; Exhibit 3 Royalayne Payment.pdf; Exhibit 4 Dale Smith Payment.pdf; Exhibit 5  - Wiring Receipt.pdf |

Will,

I have been trying to file the Bank's complaint for 25 minutes but there were problems with the software.  As such, I am emailing to complaint to you with the exhibits.

Steve

Steven Call | Ray Quinney & Nebeker P.C. │ 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.

1