# TAB C

**Eliza Tito**

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:09 AM |
| **To:** | Will Morrison (willmorrison01@gmail.com) |
| **Cc:** | Eliza Tito |
| **Subject:** | Exhibits 5 through 10 to complaint |
| **Attachments:** | Exhibit 6 Producers Payment.pdf; Exhibit 7 Producers History Report.pdf; Exhibit 8 Default Judgment.pdf; Exhibit 9 2004 Order.pdf; Exhibit 10 2004 Subpoena.pdf |

**Steven Call | Ray Quinney & Nebeker P.C.** │ 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.