# TAB D

# Eliza Tito

**From:** Steven Call
**Sent:** Tuesday, April 23, 2019 5:58 PM
**To:** 'Will Morrison'
**Cc:** Eliza Tito; Justin Kuettel; Carrie Hurst
**Subject:** Re: Complaint against Allen Beal

Will:

The problem that arose was that the software would not allow me to file the complaint. One of the problems was that when I inserted the dollar amount into the window for the 523 claim, the system would state that an integer was missing. Despite entering various numbers in various configurations, including with and without dollar signs and comas, the system would not move to a new window. After a significant amount of time and numerous attempts I inserted an inaccurate number of 2000 and then it moved to the next window. However, the system would ask whether you want to pay via internet, waiver or deferral, I could not get the window to open on numerous attempts. Thus, the system would still state pay $350 fee but without a method to pay. I backed up and tried numerous times to have the payment window open but it would not. I also had other similar problems with the software.

I discussed the matter with the Court's IP department and was told that the problems and error messages that I received reflect that the software was not operating correctly. I was told that even though I backed up and tried repeatedly to file, the software would still produce the same errors. I was told that when these problems occur, the best approach is not to use the back-up button in the software to start over but to exit out (or go back to the first blue bar) and start over. As to timing, I had everything scanned and first attempted to file at 11:35 p.m. As filing seemed futile I sent you an email with a copy of the complaint. Shortly thereafter, I sent the exhibits. Finally after nearly 40 minutes, the system apparently filed one of the attempted filings of the complaint without payment. When the system was opened this morning, a payment window came up. It is my understanding, this is not the first time this has occurred.

In any event, I believe the clerk's office will be addressing and disclosing the filing problem that occurred.

Steve

Steven Call | **Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

**From:** Will Morrison [mailto:willmorrison01@gmail.com]
**Sent:** Tuesday, April 23, 2019 11:25 AM
**To:** Steven Call
**Subject:** Re: Complaint and first five exhibits

It looks like you missed the filing deadline. What software problems are you referring to? Why did you wait so long to file?

Will

On Tue, Apr 23, 2019 at 12:07 AM Steven Call <scall@rqn.com> wrote:

Will,

I have been trying to file the Bank's complaint for 25 minutes but there were problems with the software.  As such, I am emailing to complaint to you with the exhibits.

Steve

Steven Call | Ray Quinney & Nebeker P.C. │ 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.


--
Will Morrison, Atty at Law
MORRISON LAW OFFICE, INC.
SLC Office: 5957 S Redwood Rd, #101, SLC, UT 84123
Davis County: 377 Marshall Way, #1-J, Layton, UT 84041
Tel: 801-519-9772

http://www.morrisonlawoffice.com

==========
This e-mail message is intended only for the named recipient(s)  and contains information that may be confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, please note that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  If you have received this message in error, please notify me immediately at 801-519-9772, and delete the message.  Thank you.
==========