Steven W. Call (5260)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
scall@rqn.com
*Attorneys for State Bank of Southern Utah*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| In re:<br><br>ALLEN BEAL,<br><br>     Debtor. | Bankruptcy No. 19-20276<br><br>Chapter 7<br><br>Honorable R. Kimball Mosier |
| STATE BANK OF SOUTHERN UTAH, a Utah banking corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>ALLEN BEAL,<br><br>     Defendant/Debtor. | Adversary Proceeding No.<br>19-02043 |

---

**NOTICE OF (I) VERIFIED MOTION FOR EXTENSION OF TIME FOR FILING
ADVERSARY PROCEEDING FOR NON-DISCHARGEABILITY AND DENIAL OF
DISCHARGE PURSUANT TO 11 U.S.C. §§ 523 and 727
AND (II) NOTICE OF OPPORTUNITY TO OBJECT AND FOR A HEARING**

**(Objection Deadline:  June 3, 2019)**
**(Reserved Hearing Date and Time:  June 25, 2019 at 10:00 a.m.)**

---

**PLEASE TAKE NOTICE THAT**, on May 10, 2019, State Bank of Southern Utah

("SBSU"), through counsel, filed its *Verified Motion for Extension of Time for Filing Adversary*

*Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. §§ 523 and 727* (the "Motion") with the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court") in the above-captioned adversary proceeding.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

In the Motion, SBSU seeks entry of an Order from the Bankruptcy Court allowing a extension of time to file its complaint objecting to the discharge and/or nondischargeability of the Debtor (the "Complaint").  The deadline for filing a complaint objecting to the discharge and/or nondischargeability in this case was April 22, 2019.  At approximately 11:40 p.m. on April 22, 2019, counsel for SBSU attempted to file the Complaint through the Court's electronic filing system, however, due to technical and computer difficulties, the Complaint was not logged in as filed until approximately 12:17 a.m. on April 23, 2019.  It is currently identified as adversary proceeding 19-02043.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must take the following two steps:

(1) **On or before June 3, 2019**, file with the Bankruptcy Court a written objection explaining your position.  Your written objection must be filed electronically, by mail, or by hand-delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT  84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the

U.S. Mail in sufficient time for it to be **received** by the Court on or before June 3, 2019.  You

must also mail a copy to the undersigned counsel at:

> Steven W. Call
> Ray Quinney & Nebeker P.C.
> 36 South State Street, Suite 1400
> Salt Lake City, UT  84111

(2)  Attend a hearing on **June 25, 2019 at 10:00 a.m.**, in Courtroom 369, United States

Bankruptcy Court, 350 South Main Street, Salt Lake City, UT  84101.  **There will be no further**

**notice of the hearing,** and failure to attend the hearing will be deemed a waiver of your

objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you

do not oppose the relief sought in the Motion and may enter an order granting the requested

relief.  In absence of a timely filed objection, the undersigned counsel may and will ask the court

to enter an order approving the Motion without hearing.

DATED this 13th day of May, 2019.

**RAY QUINNEY & NEBEKER P.C.**


/s/ Steven W. Call
Steven W. Call
Attorneys for State Bank of Southern Utah

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed the foregoing Notice and

Opportunity for Hearing with the Clerk of the Court the CM/ECF System which served notice

and/or a copy of the foregoing on all electronic filing users in this case. I hereby further certify

that on the same date I served a true and correct copy of the foregoing via U.S. Mail, first class

postage prepaid, upon the parties listed on the mailing matrix in this case on record with the

Court a copy of which is attached hereto.

/s/ Carrie Hurst

1490084

4

Label Matrix for local noticing
1088-2
Case 19-20276
District of Utah
Salt Lake City
Mon May 13 10:08:03 MDT 2019

BMO Harris Bank N.A.
3925 Fountains Dr. NE
Cedar Rapids IA 52411-6619

BMO Transportation Finance
PO Box 3040
Cedar Rapids, IA 52406-3040

Allen Beal
409 W 100 So
Ephraim, UT 84627-1340

Steven W. Call
Ray Quinney & Nebeker
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One Services LLC
PO Box 70886
Charlotte, NC 28272-0886

Capital One/Cabelas
PO Box 82608
Lincoln, NE 68501-2608

Chase Card
301 N Walnut St, Floor 09
Wilmington, DE 19801-3971

Dale T Smith & Sons
PO Box 479
Draper, UT 84020-0479

Elizabeth Beal
271 N 350 E
Ephraim, UT 84627-5001

(p)ENGS COMMERCIAL FINANCE CO
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Intermountain Health Care
Patient Financial Services
PO Box 410400
Salt Lake City, UT 84141-0400

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Philip G. Jones tr
1215 South Main Street
Orem, UT 84058-6849

Justin W Wayment/Christian Jones
Wayment & Jones Law
PO Box 1808
Cedar City, UT 84721-1808

LVNV Funding LLC
625 Pilot Rd, Suite 2/3
Las Vegas, NV 89119-4485

LVNV Funding LLC
C/O Resurgent Capital Services
PO Box 1269
Greenville, SC 29602-1269

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

William P. Morrison
Morrison Law Office, Inc.
5957 S. Redwood Rd., Suite 101
Salt Lake City, UT 84123-5218

Mountain America Credit Union
PO Box 2331
Sandy, UT 84091-2331

NAPA Auto Parts
206 N Main
Ephraim, UT 84627-1106

On Deck Capital
1400 Broadway, New York, New York.
New York, NY 10010

PayPal
PayPal Headquarters
2211 N 1st St
San Jose, CA 95131-2021

Pearson Tire
500 W 190th St, Suite 600
Gardena, CA 90248-4269

Pearson Tire of Salt Lake
3422 South 700 West
Salt Lake City, UT 84119-4118

Producers Livestock
Marketing Association
PO Box 540477
North Salt Lake, UT 84054-0477

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

State Bank of Southern Utah
377 North Main Street
Cedar City, UT 84721-2639

State Bank of Southern Utah
377 N Main St        *dup.*
Cedar City, UT 84721-2639

State Bank of Southern Utah
377 North Main Street
PO Box 340
Cedar City, UT 84721-0340


State Bank of Southern Utah
Richfield Branch
PO Box 850
Richfield, UT 84701-0850

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Heritage Credit Union
PO Box 5084 W Main
Moroni, UT 84646-0050


Utah State Tax Commission
Taxpayer Service Division
210 North 1950 West
Salt Lake City, UT 84134-9000

Aaron M. Waite
Weinstein & Riley, PS
3703 W. 6200 S.
Salt Lake City, UT 84129-3749


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)Capital One Bank
PO Box 85015
Richmond, VA 23285

Engs Commercial Finance Co.
1 Pierce Place, Suite 1100
Itasca, IL 60143


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)A&L Transport LLC
100 S 400 W
RETURNED MAIL--99999

(u)Capital One/Cabelas
PO Box 3021
RETURNED MAIL--99999

(d)SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132


End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40