**U.S. Bankruptcy Court**
**District of Utah**

In re:          Bankruptcy Case No. **19–20276**

**ALLEN BEAL**

                       Debtor

         Adversary Proceeding No. **19–02043**

**STATE BANK OF SOUTHERN UTAH**

                       Plaintiff

v.

**ALLEN BEAL**

                       Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. The address of the clerk of the bankruptcy court is:

> Clerk, U.S. Bankruptcy Court
> Frank E. Moss Courthouse
> 350 South Main Street #301
> Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Steven W. Call
> 36 South State Street
> Suite 1400
> Salt Lake City, UT 84111

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 04/23/2019

David A. Sime, Clerk Of Court

## CERTIFICATE OF SERVICE

I, **Steven W. Call**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **May 9, 2019** [Date] by:

[✓]  Mail Service — Regular, first class United States mail, postage fully pre-paid, addressed to:  **Allen Beal**
**409 West 100 South**
**Ephraim, UT 84627**

[ ]  Personal Service — By leaving the documents with the following defendant(s) or an officer or agent of the defendant(s) at:

[ ]  Residence Service — By leaving the documents with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: BY sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication — The defendant was served as follows: [describe briefly]

[ ]  State Law — The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**5/9/2019**
[Date]    [Signature]

Print Name: **Steven W. Call**
Business Address: **Ray, Quinney & Nebeker, PC PO Box 45385**
City: **Salt Lake City**    State: **UT**    ZIP: **84145-0385**