Will Morrison (07587)
MORRISON LAW OFFICE, INC.
5957 S Redwood Rd, #101
Salt Lake City, UT 84123
Telephone: 801-519-9772
Email:  willmorrison01@gmail.com

Attorney for Debtor/Defendant Allen Beal

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy Case No.: 19-20276 |
| ALLEN BEAL | : | Chapter 7 |
| | : | |
| Debtor. | : | Hon. R. KIMBALL MOSIER |
| _____ | : | |
| | : | |
| STATE BANK OF SOUTHERN UTAH, | : | |
| a Utah banking corporation, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding No.: 19-02043 |
| | : | |
| v. | : | |
| | : | |
| ALLEN BEAL, | : | |
| | : | |
| Defendant/Debtor. | : | |

---

**NOTICE OF DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING,
MOTION TO STRIKE, AND NOTICE OF HEARING**
**(Objection Deadline:  June 20, 2019)**

---

**PLEASE TAKE NOTICE** that the Debtor/Defendant in the above entitled action has filed

with the United States Bankruptcy Court for the District of Utah, a Motion to Dismiss Adversary

Proceeding, and a Motion to Strike.

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and

**discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Defendant's Motion to Dismiss Adversary Proceeding seeks to dismiss the Adversary Complaint filed by the Plaintiff, State Bank of Southern Utah, on the grounds that it has not been timely filed. The Defendant's Motion to Strike seeks to strike certain allegations of fact contained in the Plaintiff's Verified Motion for Extension of Time for Filing Adversary Proceeding, on the grounds that those allegations constitute inadmissible hearsay and lack proper foundation.

If you do not want the Court to grant the relief requested by the Defendant in the Motion to Dismiss and the Motion to Strike, then you or your attorney must take the following two steps:

**(1)** on or before **June 20, 2019**, file with the Bankruptcy Court a written Objection, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your Objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before **June 20, 2019**. You must also mail a copy to the undersigned counsel as follows:

> William P. Morrison
> MORRISON LAW OFFICE, INC.
> 5957 S Redwood Rd, #101
> Salt Lake City, UT 84123

**(2)** attend a hearing on **June 25, 2019, at 10:00 AM**, in Judge Mosier's Courtroom, at the United States Bankruptcy Court, 350 South Main Street, Room 369, Salt Lake City, Utah. Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the subject Motions, and may enter an Order granting that relief. In

the absence of a timely filed objection, the undersigned counsel may and will ask the Court to

strike the hearing and enter an order approving the relief without hearing.

    Dated: 6/3/19                                      /s/    Will Morrison
                                                                    MORRISON LAW OFFICE, INC.
                                                                    Attorney for Debtors

## CERTIFICATE OF SERVICE

       This certifies that on 6/3/19, I caused to be served, via the method of service set forth below, a true and correct copy of the foregoing NOTICE OF DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING, MOTION TO STRIKE, AND NOTICE OF HEARING, upon each of the following:

Steven W Call
Ray Quinney & Nebeker, PC
via ECF Notification

Office of US Trustee
via ECF Notification

Philip G Jones
Chapter 7 Trustee
via ECF Notification

      DATED:  6/3/19                                                         /s/    Will Morrison