Will Morrison (07587)
MORRISON LAW OFFICE, INC.
5957 S Redwood Rd, #101
Salt Lake City, UT 84123
Telephone: 801-519-9772
Email: willmorrison01@gmail.com

Attorney for Debtor/Defendant Allen Beal

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>ALLEN BEAL,<br><br>    Debtor.<br>_____<br><br>STATE BANK OF SOUTHERN UTAH,<br>a Utah banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN BEAL,<br><br>    Defendant/Debtor. | Bankruptcy Case No.: 19-20276<br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding No.: 19-02043 |

**DEFENDANT'S LIST OF WITNESSES AND EXHIBITS
FOR EVIDENTIARY HEARING**

COMES NOW the Defendant, Allen Beal, by and through counsel, who hereby submits the following List of Witnesses and Exhibits for the evidentiary hearing to be held in connection with Plaintiff's Verified Motion for Extension of Time for Filing Adversary Proceeding and/or Defendant's Motion to Dismiss Adversary Proceeding:

## WITNESS LIST:

1. David Sime, Clerk of the Court, United States Bankruptcy Court.

2. Steven Call, Attorney for Plaintiff.

3. Any witnesses identified by the Plaintiff in this matter.

4. Defendant reserves the right to supplement this list as discovery is undertaken and further information becomes known.

## EXHIBIT LIST:

1. Letter of David Sime dated 5/7/19 (on file with the Court, Dkt #5).

2. Email correspondence between Will Morrison and Steven Call dated 4/11/19 through 4/18/19 in connection with the setting of the Defendant's 2004 exam.

3. Any exhibits identified by the Plaintiff.

4. CM/EFC user manual (current version).

5. Email correspondence between Will Morrison and Steven Call dated June 25, 2019, through July 13, 2019.

6. Email correspondence between Will Morrison and Steven Call dated 4/23/19.

7. Defendant reserves the right to supplement this list with additional exhibits that may be learned through the process of discovery.

DATED: 7/23/19          /s/    Will Morrison
                               MORRISON LAW OFFICE, INC.
                               Attorney for Defendant/Debtor

## CERTIFICATE OF SERVICE

      This certifies that on 7/23/19, I caused to be served, via the method of service set forth below, a true and correct copy of the foregoing Defendant's List of Witnesses and Exhibits for Evidentiary Hearing, upon each of the following:

Steven W Call
Ray Quinney & Nebeker, PC
via ECF Notification

Office of US Trustee
via ECF Notification

      DATED:  7/23/19                      /s/    Will Morrison