STEVEN W. CALL (5260)
JUSTIN M. KUETTEL (16873)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Email: scall@rqn.com

*Attorneys for State Bank of Southern Utah*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>ALLEN BEAL, an individual,<br><br>    Debtor. | Bankruptcy No. 19-20276<br>(Chapter 7) |
| STATE BANK OF SOUTHERN UTAH,<br>a Utah banking corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEN BEAL,<br><br>    Defendant, an individual. | Adversary No. 19-02043<br><br><br>Hon. R. Kimball Mosier |

**STATE BANK OF SOUTHERN UTAH'S
DESIGNATION OF WITNESSES AND LIST OF EXHIBITS**

State Bank of Southern Utah ("State Bank") by and through its counsel of Ray Quinney

& Nebeker P.C., submits this designation of witnesses and list of exhibits in compliance with the

pre-trial schedule ordered by the Court.

## WITNESSES

State Bank will call the following witnesses at trial:

    Steven W. Call. Mr. Call is lead counsel for State Bank in the above-captioned adversary proceeding.

    Justin M. Kuettel. Mr. Kuettel is junior counsel for State Bank in the above-captioned adversary proceeding.

State Bank may call the following additional witnesses:

    William Morrison. Mr. Morrison is counsel for the Debtor;

    Any witness designated by the Debtor; and

    Other rebuttal witnesses as determined by State Bank or its counsel.

## EXHIBITS

State Bank designates the following exhibits which will be introduced at trial.

Copies of these exhibits are attached hereto.

| EXHIBIT NUMBER | DESCRIPTION | BATES NOS. |
|---|---|---|
| 1. | Screen Shot of meta-data of complaint showing in part that the last version of the complaint was completed on 4/22/2019 at 11:24 pm. | SBSU EV HG 000001 |
| 2. | Screen Shots of pdf exhibits to complaint showing that exhibit 1 was placed on counsel's desktop ready for filing on 4/5/2019 at 9:09 p.m. and that exhibits 2 through 10 to the complaint were on counsel's desktop ready for filing on 4/22/2019 between 11:29 p.m. and 11:36 p.m. | SBSU EV HG 000002- 11 |
| 3. | Screen Shoots of certain window iterations for the opening of an adversary proceeding, the filing of a complaint and payment of $350 filing fee. | SBSU EV HG 000012 -20 |

| | | |
|---|---|---|
| 4. | Email message dated 4/23/ 2019 at 12:00 a.m. to Will Morrison from Steven Call attaching complaint. | SBSU EV HG 000021 |
| 5. | Email message dated 4/23/2019 at 12:02 to Will Morrison at from Steven Call attaching complaint. | SBSU EV HG 000022 |
| 6. | Email message dated 4/23/2019 at 12:08 a.m. to Will Morrison from Steven Call attaching complaint and exhibits 1 through 5. | SBSU EV HG 000023 |
| 7. | Email message dated 4/23/2019 at 12:09 a.m. to Will Morrison from Steve Call attaching exhibits 6-10. | SBSU EV HG 000024 |
| 8. | Email, dated 4/23/2019 at 5:58 pm. from Steven Call to Will Morrison regarding problems with ECF system in filing complaint. | SBSU EV HG 000025-26 |
| 9. | Summary of ECF Activity reflecting various events. | SBSU EV HG 000027-28 |
| 10. | ECF Notification, dated 4/23/ 2019, from pay.gov reflecting confirmation of $350 filing fee at 9:00 a.m. | SBSU EV HG 000029 |
| 11. | Case Report regarding filed and entered dates of complaint. | SBSU EV HG 000029 |
| 12. | U.S. Bankruptcy Court Docket of Chapter 7 Case No. 19-20276. | SBSU EV HG 000030-36 |
| 13. | U.S. Bankruptcy Court Docket of Adversary No. 19-02043. | SBSU EV HG 000037-40 |

State Bank may introduce any documents that are on file with the Court in the bankruptcy case or the adversary proceeding if necessary and reserves the right to introduce any other exhibits for impeachment or rebuttal purposes.

DATED this 23rd day of July, 2019

                                           RAY QUINNEY & NEBEKER P.C.

                                           */s/ Steven W. Call*
                                           Steven W. Call
                                           Justin M. Kuettel

                                           *Attorneys for State Bank of Southern Utah*

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July 2019 **STATE BANK OF SOUTHERN UTAH'S DESIGNATION OF WITNESSES AND LIST OF EXHIBITS** was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in the adversary proceeding, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- William Morrison, willmorrison@gmail.com
  Attorney for debtor

        /s/ Lisa Conterio

1498358