# Exhibit 1

| Date | Time | Type | Version | User |
|------|------|------|---------|------|
| 4/22/2019 | 11:24:17 PM | Check-in | | 287 |
| 4/22/2019 | 11:24:01 PM | Edit | 19 | 287 |
| 4/22/2019 | 11:24:00 PM | New Version | 19 | 287 |
| 4/22/2019 | 11:23:41 PM | Edit | 18 | 287 |
| 4/22/2019 | 11:23:40 PM | New Version | 18 | 287 |
| 4/22/2019 | 11:23:10 PM | Edit | 17 | 287 |
| 4/22/2019 | 11:22:47 PM | Edit | 17 | 287 |
| 4/22/2019 | 11:22:46 PM | New Version | 17 | 287 |
| 4/22/2019 | 11:20:33 PM | Edit | 16 | 287 |
| 4/22/2019 | 11:20:32 PM | New Version | 16 | 287 |
| 4/22/2019 | 11:11:12 PM | Edit | 15 | 287 |
| 4/22/2019 | 11:03:14 PM | Edit | 15 | 287 |
| 4/22/2019 | 11:03:13 PM | New Version | 15 | 287 |
| 4/22/2019 | 10:50:43 PM | Print | 1 | 287 |
| 4/22/2019 | 10:50:33 PM | Edit | 14 | 287 |
| 4/22/2019 | 10:41:48 PM | Edit | 14 | 287 |
| 4/22/2019 | 10:35:53 PM | Edit | 14 | 287 |
| 4/22/2019 | 10:32:37 PM | Edit | 14 | 287 |
| 4/22/2019 | 10:30:39 PM | Edit | 14 | 287 |
| 4/22/2019 | 10:30:38 PM | New Version | 14 | 287 |
| 4/22/2019 | 10:25:04 PM | Edit | 13 | 287 |
| 4/22/2019 | 10:25:03 PM | New Version | 13 | 287 |
| 4/22/2019 | 10:12:14 PM | Edit | 12 | 287 |
| 4/22/2019 | 10:12:13 PM | New Version | 12 | 287 |
| 4/22/2019 | 10:06:45 PM | Edit | 11 | 287 |
| 4/22/2019 | 10:06:44 PM | New Version | 11 | 287 |
| 4/22/2019 | 9:46:25 PM | Print | 1 | 287 |
| 4/22/2019 | 9:46:13 PM | Edit | 10 | 287 |
| 4/22/2019 | 9:46:12 PM | New Version | 10 | 287 |
| 4/22/2019 | 9:33:26 PM | Edit | 9 | 287 |
| 4/22/2019 | 9:33:25 PM | New Version | 9 | 287 |
| 4/22/2019 | 8:44:33 PM | Edit | 8 | 287 |
| 4/22/2019 | 8:44:32 PM | New Version | 8 | 287 |
| 4/22/2019 | 8:31:54 PM | Edit | 7 | 287 |
| 4/22/2019 | 8:31:53 PM | New Version | 7 | 287 |
| 4/22/2019 | 6:18:22 PM | Edit | 6 | 287 |
| 4/22/2019 | 6:18:21 PM | New Version | 6 | 287 |
| 4/22/2019 | 6:03:22 PM | Edit | 5 | 287 |
| 4/22/2019 | 6:03:21 PM | New Version | 5 | 287 |
| 4/22/2019 | 5:51:17 PM | Edit | 4 | 287 |
| 4/22/2019 | 5:51:16 PM | New Version | 4 | 287 |
| 4/22/2019 | 5:44:29 PM | New Version | 3 | 287 |
| 4/22/2019 | 5:44:29 PM | Edit | 3 | 287 |
| 4/22/2019 | 4:49:41 PM | Edit | 2 | 287 |
| 4/22/2019 | 4:49:40 PM | New Version | 2 | 287 |
| 4/22/2019 | 4:21:28 PM | Check-out | | 287 |
| 4/22/2019 | 4:21:28 PM | Access | 1 | 287 |
| 4/22/2019 | 4:21:04 PM | Check-in | | 1120 |
| 4/22/2019 | 4:21:03 PM | Edit | 1 | 1120 |
| 4/22/2019 | 4:19:51 PM | Check-out | | 1120 |
| 4/22/2019 | 4:19:51 PM | Access | 1 | 1120 |
| 4/22/2019 | 4:15:22 PM | Check-in | | 1105 |
| 4/22/2019 | 4:15:08 PM | Edit | 1 | 1105 |
| 4/22/2019 | 4:14:52 PM | Edit | 1 | 1105 |
| 4/22/2019 | 4:03:49 PM | Edit | 1 | 1105 |
| 4/22/2019 | 4:09:03 PM | Edit | 1 | 1105 |
| 4/22/2019 | 4:09:01 PM | Create | 1 | 1105 |
| 4/22/2019 | 4:09:01 PM | Check-out | | 1105 |

Summary

Date Created: 4/22/2019                    Total Time: 35 minute(s)              SBSU EV HG000001

# Exhibit 2

Exhibit 1, Order Authorizing Examination

Type of file:      Adobe Acrobat Document (.pdf)

Opens with:      Adobe Acrobat              [ Change... ]

Location:        C:\Users\287\Desktop

Size:            215 KB (221,096 bytes)

Size on disk:    216 KB (221,184 bytes)

Created:         Friday, April 05, 2019, 9:09:25 PM

Modified:        Friday, April 05, 2019, 9:09:25 PM

Accessed:        Friday, April 05, 2019, 9:09:25 PM

Attributes:      ☐ Read-only    ☐ Hidden      [ Advanced... ]

Exhibit 2 Triple Brand Payment Properties

General | Security | Details | Previous Versions

Exhibit 2 Triple Brand Payment

Type of file:   Adobe Acrobat Document (.pdf)

Opens with:   Adobe Acrobat          Change...

Location:      C:\Users\287\Desktop

Size:          135 KB (138,406 bytes)

Size on disk:  136 KB (139,264 bytes)

Created:       Monday, April 22, 2019, 11:29:01 PM

Modified:      Monday, April 22, 2019, 11:29:01 PM

Accessed:      Monday, April 22, 2019, 11:29:01 PM

Attributes:    ☐ Read-only    ☐ Hidden    Advanced...

OK       Cancel       Apply

SBSU EV HG000003

Exhibit 3 Royalayne Payment

| | |
|---|---|
| Type of file: | Adobe Acrobat Document (.pdf) |
| Opens with: | Adobe Acrobat    Change... |

| | |
|---|---|
| Location: | C:\Users\287\Desktop |
| Size: | 150 KB (154,001 bytes) |
| Size on disk: | 152 KB (155,648 bytes) |

| | |
|---|---|
| Created: | Monday, April 22, 2019, 11:29:39 PM |
| Modified: | Monday, April 22, 2019, 11:29:39 PM |
| Accessed: | Monday, April 22, 2019, 11:29:39 PM |

| | |
|---|---|
| Attributes: | ☐ Read-only  ☐ Hidden    Advanced... |

SBSU EV HG000004

| General | Security | Details | Previous Versions |

Exhibit 4 Dale Smith Payment

Type of file:     Adobe Acrobat Document (.pdf)

Opens with:       Adobe Acrobat          [ Change... ]

Location:         C:\Users\287\Desktop

Size:             74.7 KB (76,498 bytes)

Size on disk:     76.0 KB (77,824 bytes)

Created:          Monday, April 22, 2019, 11:30:20 PM

Modified:         Monday, April 22, 2019, 11:30:20 PM

Accessed:         Monday, April 22, 2019, 11:30:20 PM

Attributes:       [ ] Read-only   [ ] Hidden    [ Advanced... ]

[ OK ]    [ Cancel ]    [ Apply ]

Exhibit 5 - Wiring Receipt

| | |
|---|---|
| Type of file: | Adobe Acrobat Document (.pdf) |
| Opens with: | Adobe Acrobat    Change... |

| | |
|---|---|
| Location: | C:\Users\287\Desktop |
| Size: | 56.6 KB (58,027 bytes) |
| Size on disk: | 60.0 KB (61,440 bytes) |

| | |
|---|---|
| Created: | Monday, April 22, 2019, 11:31:30 PM |
| Modified: | Monday, April 22, 2019, 11:31:30 PM |
| Accessed: | Monday, April 22, 2019, 11:31:30 PM |

| | |
|---|---|
| Attributes: | ☐ Read-only    ☐ Hidden    Advanced... |

SBSU EV HG000006

Exhibit 6 Producers Payment

| | |
|---|---|
| Type of file: | Adobe Acrobat Document (.pdf) |
| Opens with: | Adobe Acrobat    Change... |
| Location: | C:\Users\287\Desktop |
| Size: | 176 KB (181,105 bytes) |
| Size on disk: | 180 KB (184,320 bytes) |
| Created: | Monday, April 22, 2019, 11:33:26 PM |
| Modified: | Monday, April 22, 2019, 11:33:26 PM |
| Accessed: | Monday, April 22, 2019, 11:33:26 PM |
| Attributes: | ☐ Read-only   ☐ Hidden   Advanced... |

SBSU EV HG000007

Exhibit 7 Producers History Report

| | |
|---|---|
| Type of file: | Adobe Acrobat Document (.pdf) |
| Opens with: | Adobe Acrobat    Change... |

| | |
|---|---|
| Location: | C:\Users\287\Desktop |
| Size: | 198 KB (203,479 bytes) |
| Size on disk: | 200 KB (204,800 bytes) |

| | |
|---|---|
| Created: | Monday, April 22, 2019, 11:34:04 PM |
| Modified: | Monday, April 22, 2019, 11:34:04 PM |
| Accessed: | Monday, April 22, 2019, 11:34:04 PM |

| | |
|---|---|
| Attributes: | ☐ Read-only    ☐ Hidden    Advanced... |

SBSU EV HG000008

Exhibit 8 Default Judgment

| Type of file: | Adobe Acrobat Document (.pdf) |
| --- | --- |
| Opens with: | Adobe Acrobat    Change... |

| Location: | C:\Users\287\Desktop |
| --- | --- |
| Size: | 132 KB (136,042 bytes) |
| Size on disk: | 136 KB (139,264 bytes) |

| Created: | Monday, April 22, 2019, 11:35:00 PM |
| --- | --- |
| Modified: | Monday, April 22, 2019, 11:35:00 PM |
| Accessed: | Monday, April 22, 2019, 11:35:00 PM |

| Attributes: | Read-only   Hidden    Advanced... |
| --- | --- |

SBSU EV HG000009



General | Security | Details | Previous Versions

Exhibit 9 2004 Order

Type of file: Adobe Acrobat Document (.pdf)

Opens with: Adobe Acrobat          [Change...]

Location: C:\Users\287\Desktop

Size: 220 KB (225,914 bytes)

Size on disk: 224 KB (229,376 bytes)

Created: Monday, April 22, 2019, 11:35:34 PM

Modified: Monday, April 22, 2019, 11:35:34 PM

Accessed: Monday, April 22, 2019, 11:35:34 PM

Attributes: ☐ Read-only   ☐ Hidden   [Advanced...]

[ OK ]   [ Cancel ]   [ Apply ]

SBSU EV HG000010

Exhibit 10 2004 Subpoena Properties

| General | Security | Details | Previous Versions |

Exhibit 10 2004 Subpoena

Type of file: Adobe Acrobat Document (.pdf)

Opens with: Adobe Acrobat      [ Change... ]

Location: C:\Users\287\Desktop

Size: 642 KB (658,221 bytes)

Size on disk: 644 KB (659,456 bytes)

Created: Monday, April 22, 2019, 11:36:16 PM

Modified: Monday, April 22, 2019, 11:36:16 PM

Accessed: Monday, April 22, 2019, 11:36:16 PM

Attributes: [ ] Read-only   [ ] Hidden   [ Advanced... ]

[ OK ]   [ Cancel ]   [ Apply ]

SBSU EV HG000011

Exhibit 3





Welcome to the U.S. Bankruptcy Court for the District of Utah

Click here to login to the District of Utah – Document Filing System OR PACER Program

Recent Case Filings Report [FREE]
New Case Filings - Creditor Load - No Matrix – Judge/Trustee Assignments - No Statements/Schedules Reports

Court Information

Internet Payment System Weekly Downtime
ECF users should be aware of the Internet payment system weekly downtime effective immediately. The downtime will be necessary for scheduled maintenance and will occur every Sunday from Midnight-4:00 a.m. Internet payments cannot be processed during this scheduled downtime, however, the rest of the ECF system is unaffected. All filings and queries can still be performed during this time. Users who incur fees during the block of time should wait to pay until 4:00 a.m.

Viewing Problems for PDF Documents Using
Internet Explorer 6.0 or Windows XP Operating System
To view PDF documents using the above software, you should change the settings in Adobe Acrobat software (Reader or Writer). From the Adobe menu bar, select "edit" > "Preferences"> "General." The "preferences" window will open. Select "Options" from the list. Under the "Web Browser options," uncheck the boxes: "Display PDF in Browser" and "Allow Fast Web View" and click ok to accept the changes.

CM/ECF-BK V5.2.2

15March2018

SBSU EV HG000012

# CM/ECF Filer or PACER Login

**Notice**
This is a **Restricted Web Site** for Official Court Business only. Unauthorized entry is prohibited and subject to prosecution under Title 18 of the U.S. Code. All activities and access attempts are logged.

**Instructions for viewing filed documents and case information:**
If you do not need filing capabilities, enter your PACER login and password. If you do not have a PACER login, you may register online at http://www.pacer.gov.

**Instructions for filing:**
Enter your CM/ECF filer login and password if you are electronically filing something with the court.

*If you have lost or forgotten your password, click here.*

| Authentication | | **IMPORTANT NOTICE OF REDACTION RESPONSIBILITY:** All filers must redact: Social Security or taxpayer-identification numbers; dates of birth; names of minor children; and financial account numbers, in compliance with Fed. R. Bankr. P. 9037. This requirement applies to all documents, including attachments. |
|---|---|---|
| Login: | callsw | |
| Password: | ••••••• | |
| Client code: | | ☑ I understand that, if I file, I must comply with the redaction rules. I have read this notice. |

[ Login ]  [ Clear ]

**Notice**
An access fee of $0.10 per page or $2.40 per document with an audio attachment, as approved by the Judicial Conference of the United States, will be assessed for access to this service. For more information about CM/ECF, click here or contact the PACER Service Center at (800) 676-6856.

*CM/ECF has been tested using Firefox and Internet Explorer 11.*

SBSU EV HG000013



SBSU EV HG000014



**Plaintiff Information**

State Bank of Southern Utah   SSN / ITIN: Unknown

| | | | |
|---|---|---|---|
| Office | | Address 1 | 377 North Main Street |
| Address 2 | | Address 3 | |
| City | Cedar City | State | UT   Zip  84721 |
| County | | Country | |
| Phone | | Fax | |
| E-mail | | | |

Party text

Role in Bankruptcy Case: Creditor

[Add additional attorney...]  [Alias...]  [Corporate parent / affiliate...]  [Review...]  Add all additional attorneys, aliases and corporate parents or affiliates before clicking the Submit button.

[Submit]  [Cancel]  [Clear]

SBSU EV HG000015

District of Utah - Live Database    x    +

← → C    🔒 https://ecf.utb.uscourts.gov/cgi-bin/AddParty.pl?t20013541684318?-L_1_0-1    ☆    ⚓    :

Apps    Utah Courts - Direc...    Xchange Login    eflex STATE    District of Utah | Un...    Bankruptcy cc    10th Circuit    Westlaw Sign In | T...    New Tab    ADP

# ECF

| Bankruptcy ▾ | Adversary ▾ | Query | Reports ▾ | Utilities ▾ | Search | Logout |

**Plaintiff Information**
Allen Beal    SSN / ITIN: xxx-xx-5998

| | | | |
|---|---|---|---|
| Office | | Address 1 | 409 W 100 So |
| Address 2 | | Address 3 | |
| City | Ephraim | State | UT    Zip 84627 |
| County | SANPETE-UT (49039) | Country | |
| Phone | | Fax | |
| E-mail | | | |

Party text

Role in Bankruptcy Case    Debtor

Add additional attorney...    Alias...    Corporate parent / affiliate...    Review...    Add all additional attorneys, aliases and corporate parents or affiliates before clicking the Submit button.

Submit    Cancel    Clear

SBSU EV HG000016



SBSU EV HG000017

SBSU EV HG000018

ECF

CM/ECF Help Desk 801-450-3443 (8am to 4:30pm Mon - Fri)
Court Website Local Rules Email

**Open Adversary Case**

**Filename**
Choose File 1 - Complaint.pdf
**Attachments to Document:** No Yes

Next Clear



**Open Adversary Case**

Select **Waived** if the Debtor is the Plaintiff.

If the Trustee is the Plaintiff, the Trustee may elect to **Defer** the filing fee.

**If neither waived nor deferred applies, payment will be made by Internet Credit Card via Pay.gov!**

**Select Form of Payment:**

* **Internet Credit Card**
* **Deferred**
* **Waived**

[ Next ]   [ Clear ]

SBSU EV HG000019

SBSU EV HG000020

District of Utah - Live Database    ×    +

← → C    🔒 https://ecf.utb.uscourts.gov/cgi-bin/Dispatch.pl?986552812518896

::: Apps    🔲 Utah Courts - Direc...    🔲 Xchange Login    🕀 eflex STATE    🔲 District of Utah | Un...    🔲 District of Utah | Un...    ⬜ Bankruptcy ct    🌐 10th Circuit    ◯ Westlaw Sign In | T...    🔇 New Tab    ⏸ ADP

**ƎECF**    Bankruptcy ▸    Adversary ▸    Query    Reports ▸    Utilities ▸    Search    Logout

CM/ECF Help Desk 801-450-3443 (8am to 4:30pm Mon - Fri)
Court Website  Local Rules  Email

**Open Adversary Case**

Fee: $350 for *Complaint*

Next    Clear

Exhibit 4

**Steven Call**

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:00 AM |
| **To:** | 'wmorrison01@gmail.com' |
| **Attachments:** | RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint.pdf |

Your message is ready to be sent with the following file or link attachments:

RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

SBSU EV HG000021

Exhibit 5

## Steven Call

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:02 AM |
| **To:** | Will Morrison (willmorrison01@gmail.com) |
| **Subject:** | SBSU_Beal_523(a)(6) and 727(a) Complaint |
| **Attachments:** | RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint.DOC |

**Steven Call | Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

1

SBSU EV HG000022

# Exhibit 6

Case 19-02043   Doc 18-1   Filed 07/23/19   Entered 07/23/19 19:04:04   Desc Exhibit
Case 19-02043 through 23 to Witness List Exhibit red 05/10/19 Page 29 of 53 26   Desc Exhibit B
- Email to William Morrison   Page 2 of 2

## Eliza Tito

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:08 AM |
| **To:** | Will Morrison (willmorrison01@gmail.com) |
| **Cc:** | Eliza Tito |
| **Subject:** | Complaint and first five exhibits |
| **Attachments:** | RQNDOCS-#1488236-v19-SBSU_Beal_523(a)(6)_and_727(a)_Complaint.pdf; Exhibit 1, Order Authorizing Examination.pdf; Exhibit 2 Subpoena for 2004 Examination.pdf; Exhibit 2 Triple Brand Payment.pdf; Exhibit 3 Royalayne Payment.pdf; Exhibit 4 Dale Smith Payment.pdf; Exhibit 5 - Wiring Receipt.pdf |

Will,

I have been trying to file the Bank's complaint for 25 minutes but there were problems with the software. As such, I am emailing to complaint to you with the exhibits.

Steve

**Steven Call | Ray Quinney & Nebeker P.C. |** 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

SBSU EV HG000023

# Exhibit 7

Case 19-02043   Doc 18-1   Filed 07/23/19   Entered 07/23/19 19:04:04   Desc Exhibit
1 through 13 to witness and exhibit list   Page 31 of 53
Case 19-02043   Doc 6-3   Filed 05/16/19   Entered 05/16/18 17:57:28   Desc Exhibit C
Email to William Morrison   Page 2 of 2

**Eliza Tito**

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 12:09 AM |
| **To:** | Will Morrison (willmorrison01@gmail.com) |
| **Cc:** | Eliza Tito |
| **Subject:** | Exhibits 5 through 10 to complaint |
| **Attachments:** | Exhibit 6 Producers Payment.pdf; Exhibit 7 Producers History Report.pdf; Exhibit 8 Default Judgment.pdf; Exhibit 9 2004 Order.pdf; Exhibit 10 2004 Subpoena.pdf |

**Steven Call | Ray Quinney & Nebeker P.C. |** 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.

1

SBSU EV HG000024

# Exhibit 8

Case 19-02043   Doc 18-4   Filed 07/23/19   Entered 07/23/19 19:04:04   Desc Exhibit D
1 through 13 to witness and exhibit list   Page 2 of 9 of 53
Email to William Morrison   Page 33 of 53

**Eliza Tito**

| | |
|---|---|
| **From:** | Steven Call |
| **Sent:** | Tuesday, April 23, 2019 5:58 PM |
| **To:** | 'Will Morrison' |
| **Cc:** | Eliza Tito; Justin Kuettel; Carrie Hurst |
| **Subject:** | Re: Complaint against Allen Beal |

Will:

The problem that arose was that the software would not allow me to file the complaint. One of the problems was that when I inserted the dollar amount into the window for the 523 claim, the system would state that an integer was missing. Despite entering various numbers in various configurations, including with and without dollar signs and comas, the system would not move to a new window. After a significant amount of time and numerous attempts I inserted an inaccurate number of 2000 and then it moved to the next window. However, the system would ask whether you want to pay via internet, waiver or deferral, I could not get the window to open on numerous attempts. Thus, the system would still state pay $350 fee but without a method to pay. I backed up and tried numerous times to have the payment window open but it would not. I also had other similar problems with the software.

I discussed the matter with the Court's IP department and was told that the problems and error messages that I received reflect that the software was not operating correctly. I was told that even though I backed up and tried repeatedly to file, the software would still produce the same errors. I was told that when these problems occur, the best approach is not to use the back-up button in the software to start over but to exit out (or go back to the first blue bar) and start over. As to timing, I had everything scanned and first attempted to file at 11:35 p.m. As filing seemed futile I sent you an email with a copy of the complaint. Shortly thereafter, I sent the exhibits. Finally after nearly 40 minutes, the system apparently filed one of the attempted filings of the complaint without payment. When the system was opened this morning, a payment window came up. It is my understanding, this is not the first time this has occurred.

In any event, I believe the clerk's office will be addressing and disclosing the filing problem that occurred.

Steve

**Steven Call | Ray Quinney & Nebeker P.C. |** 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

**From:** Will Morrison [mailto:willmorrison01@gmail.com]
**Sent:** Tuesday, April 23, 2019 11:25 AM
**To:** Steven Call
**Subject:** Re: Complaint and first five exhibits

It looks like you missed the filing deadline. What software problems are you referring to? Why did you wait so long to file?

SBSU EV HG000025

Will

On Tue, Apr 23, 2019 at 12:07 AM Steven Call <scall@rqn.com> wrote:

Will,


I have been trying to file the Bank's complaint for 25 minutes but there were problems with the software. As such, I am emailing to complaint to you with the exhibits.


Steve

**Steven Call | Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: 801-323-3310 | Facsimile: 801-532-7543 | www.rqn.com | vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

--
Will Morrison, Atty at Law
MORRISON LAW OFFICE, INC.
SLC Office: 5957 S Redwood Rd, #101, SLC, UT 84123
Davis County: 377 Marshall Way, #1-J, Layton, UT 84041
Tel: 801-519-9772

http://www.morrisonlawoffice.com

==========
This e-mail message is intended only for the named recipient(s) and contains information that may be confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, please note that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please notify me immediately at 801-519-9772, and delete the message. Thank you.
==========

SBSU EV HG000026

# Exhibit 9

## Steven Call

| | |
|---|---|
| **From:** | ecf-utah@utb.uscourts.gov |
| **Sent:** | Wednesday, April 24, 2019 12:05 AM |
| **To:** | ecf-utah@utb.uscourts.gov |
| **Subject:** | Summary of ECF Activity csv |
| **Attachments:** | ecf201904240004.csv |

Activity has occurred in the following cases:

08-20105 (Ch 11) (EOD: 2019-04-23 12:51:12) C.W. Mining Company  Notice and Opportunity for Hearing (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?273464)
   3221 (Document:
https://ecf.utb.uscourts.gov/doc1/182027383959?pdf_header=&magic_num=7677123&de_seq_num=12265&caseid=273464)
Docket Text:
Notice and Opportunity for Hearing (related document(s):[3219] Motion to Approve Settlement/Compromise) <i>with (1) Rocky Mountain Power, (2) Woodbury Kesler P.C. & Russell S. Walker</i> Filed by Douglas J. Payne. Hearing scheduled for 5/14/2019 at 03:00 PM at US Bankruptcy Court. Deadline for filing objections: 5/10/2019. (Billings, David)

08-20105 (Ch 11) (EOD: 2019-04-23 13:49:56) C.W. Mining Company  Motion to Approve Settlement/Compromise (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?273464)
   3222 (Document:
https://ecf.utb.uscourts.gov/doc1/182027384255?pdf_header=&magic_num=67660222&de_seq_num=12268&caseid=273464)
Docket Text:
Motion to Approve Settlement/Compromise Adversary Number(s): 09-02382<i> with Woodbury & Kesler, P.C. and Russell S. Walker</i> Filed by Douglas J. Payne. (Billings, David)

08-20105 (Ch 11) (EOD: 2019-04-23 13:55:02) C.W. Mining Company  Hearing (Bk Motion) Set (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?273464)
   ( no document )
Docket Text:
Hearing Set(related document(s):[3222] Motion to Approve Settlement/Compromise). Hearing scheduled for 5/14/2019 at 03:00 PM at US Bankruptcy Court. Deadline for filing objections: 5/10/2019. (skr)

19-20276 (Ch 7) (EOD: 2019-04-23 00:16:47) Allen Beal  Complaint (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?427620)
   27 (Document:
https://ecf.utb.uscourts.gov/doc1/182027381933?pdf_header=&magic_num=31763022&de_seq_num=105&caseid=427620)
Docket Text:
Adversary case <A HREF=/cgi-bin/DktRpt.pl?430180>19-02043</A>. Complaint by State Bank of Southern Utah against Allen Beal. Fee Amount $350. Payment to be made via Pay.gov. Nature of Suit(s): [68 (Dischargeability - 523(a)(6), willful and malicious injury)][41 Objection / revocation of discharge - 727(c),(d),(e)]. (Call, Steven) Modified on 4/23/2019 (gci).

SBSU EV HG000027

19-02043 (EOD: 2019-04-23 00:16:47) State Bank of Southern Utah v. Beal  Complaint (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?430180)

    1 (Document: https://ecf.utb.uscourts.gov/doc1/182027381932?pdf_header=&magic_num=31924079&de_seq_num=3&caseid=4301 80)

Docket Text:
Adversary case <A HREF=/cgi-bin/DktRpt.pl?430180>19-02043</A>. Complaint by State Bank of Southern Utah against Allen Beal. Fee Amount $350. Payment to be made via Pay.gov. Nature of Suit(s): [68 (Dischargeability - 523(a)(6), willful and malicious injury) [41 Objection / revocation of discharge - 727(c),(d),(e)]. (Call, Steven) Modified on 4/23/2019 (gci).


19-02043 (EOD: 2019-04-23 08:00:07) State Bank of Southern Utah v. Beal  Notice Re: the Filing of a Complaint Objecting to Your Discharge (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?430180)

    2 (Document: https://ecf.utb.uscourts.gov/doc1/182027382429?pdf_header=&magic_num=92560248&de_seq_num=13&caseid=430 180)

Docket Text:
Notice Regarding the Filing of a Complaint Objecting to Your Bankruptcy Discharge. (Admin.)


19-02043 (EOD: 2019-04-23 15:40:25) State Bank of Southern Utah v. Beal  Notice of Exhibit List (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?430180)

    3 (Document: https://ecf.utb.uscourts.gov/doc1/182027384969?pdf_header=&magic_num=44907979&de_seq_num=19&caseid=430 180)

Docket Text:
Notice of Exhibit List <i> -- Exhibits 1-10 to Complaint --</i> Filed by State Bank of Southern Utah. (Attachments: # (1) Exhibits 1 - 10) (Call, Steven)


19-02043 (EOD: 2019-04-23 08:59:30) State Bank of Southern Utah v. Beal  PayGov Receipt of Fee Due (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?430180)

    ( no document )
Docket Text:
Receipt of Filing Fee for Complaint(19-02043) [cmp,cmp] ( 350.00). Receipt Number 22197209, Amount $ 350.00 (Re: Doc[1]). (U.S. Treasury)


19-02043 (EOD: 2019-04-23 00:16:48) State Bank of Southern Utah v. Beal  Summons Issued (auto) (Docket: https://ecf.utb.uscourts.gov/cgi-bin/DktRpt.pl?430180)

    ( no document )
Docket Text:
<A HREF=/cgi-bin/gen_pdf_from_html.pl/cgi-bin/Summon.pl?430180>Summons Issued</A> Summons Issued (Call, Steven)

SBSU EV HG000028

Exhibit 10

**Carrie Hurst**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Tuesday, April 23, 2019 9:00 AM |
| **To:** | Carrie Hurst; Steven Call |
| **Subject:** | Pay.gov Payment Confirmation: Utah CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CM/ECF HELP DESK at (801) 450-3443.

Application Name: Utah CM ECF
Pay.gov Tracking ID: 26GVSC7Q
Agency Tracking ID: 22197209
Transaction Type: Sale
Transaction Date: Apr 23, 2019 10:59:31 AM

Account Holder Name: Carrie Hurst
Transaction Amount: $350.00
Card Type: Visa
Card Number: ************6998

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

SBSU EV HG000029

# Exhibit 11

# Cases Report

## U.S. Bankruptcy Court

## District of Utah

| Case No. Related Case Info | Tp | Ch | Party Info | Judge Trustee | Dates | | Other Info |
|---|---|---|---|---|---|---|---|
| 19-02042 *Lead BK:* 17-23687 All Resort Group, Inc. *Chapter:* 7 | ap | | Miller v. Redford Attorney for Plaintiff: Reid W. Lambert Attorney for Defendant: Mark B. Thornton | Mosier | *Filed:* 04/22/2019 *Entered:* 04/22/2019 | | *Office:* Salt Lake City |
| 19-02043 *Lead BK:* 19-20276 Allen Beal *Chapter:* 7 | ap | | State Bank of Southern Utah v. Beal Attorney for Plaintiff: Steven W. Call Attorney for Plaintiff: Justin Michael Kuettel Attorney for Defendant: William P. Morrison | Mosier | *Filed:* 04/23/2019 *Entered:* 04/22/2019 | | *Office:* Salt Lake City |
| 19-02044 *Lead BK:* 19-20254 Kendal R. Lofley *Chapter:* 13 | ap | | Lofley v. Lofley Attorney for Plaintiff: Ryan Blake Wilkinson Attorney for Defendant: Robert A. Eder, Jr. | Anderson | *Filed:* 04/23/2019 *Entered:* 04/23/2019 | | *Office:* Salt Lake City |

Total number of cases: 3

Selection Criteria for this Report

**Case Type**  ap

**Judge**  All

**Trustee**  All

**Attorney**  All

**Office**  Salt Lake City

**Filed**  04/22/2019 to 04/23/2019

**Case Status**  Open cases only

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/18/2019 12:58:37 | | |
| **PACER Login:** | rq0001:2626233:0 | **Client Code:** | |
| **Description:** | Cases Filed Rpt | **Search Criteria:** | Ofe: 2 Type: ap Attorney: All File Fr: 4/22/2019 File To: 4/23/2019 Open Cases: included Format: formatted |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

SBSU EV HG000030

Exhibit 12

727OBJ

# U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
## Bankruptcy Petition #: 19-20276

*Date filed:* 01/15/2019
*341 meeting:* 02/20/2019 09:30 AM
*Original Deadline for filing claims:* 05/24/2019
*Deadline for objecting to discharge:* 04/22/2019

*Debtor*
**Allen Beal**
409 W 100 So
Ephraim, UT 84627
SANPETE-UT
SSN / ITIN: xxx-xx-5998
*dba* ALK Beal Trucking Inc
*fdba* A&L Transport LLC

represented by **William P. Morrison**
Morrison Law Office, Inc.
5957 S. Redwood Rd., Suite 101
Salt Lake City, UT 84123
(801) 519-9772
Fax : (801) 590-9368
Email: willmorrison01@gmail.com

*Trustee*
**Philip G. Jones tr**
1215 South Main Street
Orem, UT 84058
(801) 358-7968
trustee@theo7.com

*U.S. Trustee*
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

**Debtor(s) email addresses used for BNC noticing ONLY**

| Filing Date | # | Docket Text |
|---|---|---|
| 06/25/2019 | 37 | ◁)) PDF with attached Audio File. Court Date & Time [ 6/25/2019 10:08:44 AM ]. File Size [ 4178 KB ]. Run Time [ 00:08:42 ]. (Motion to Strike). (admin). (EOD: 06/25/2019) |
| 06/25/2019 | | Minute Entry Re: (related document(s): 28 Motion Extend Time, 33 Motion to Strike). Appearances: Steven W. Call and Justin Kuettel (Plf); William Morrison (Dfd). Final pretrial conference scheduled for 07/30/2019 at 10:00 AM at US Bankruptcy Court. List of witnesses and |

SBSU EV HG000031

District of Utah - Live Database - 19-02043

| | | exhibits due 7/23/19. (tjc) Modified on 6/25/2019 (tjc). (EOD: 06/25/2019) |
|---|---|---|
| 06/25/2019 | | Notice of Appearance of Counsel and Request for Notice. Filed by State Bank of Southern Utah. (Kuettel, Justin) (EOD: 06/25/2019) |
| 06/20/2019 | 36 | Reply to (related document(s):28 Motion Extend Time) *with attached tabs F-H* Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 06/20/2019) |
| 06/20/2019 | 35 | Objection to (related document(s):33 Motion to Strike) Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 06/20/2019) |
| 06/03/2019 | 34 | Notice of Hearing (related document(s):33 Motion to Strike) Filed by Allen Beal. Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. Deadline for filing objections: 6/20/2019. (Morrison, William) (EOD: 06/03/2019) |
| 06/03/2019 | 33 | Motion to Strike(related document(s):28 Motion Extend Time) Filed by Allen Beal. (Morrison, William) (EOD: 06/03/2019) |
| 06/03/2019 | 32 | Objection to (related document(s):28 Motion Extend Time) Filed by Allen Beal. (Morrison, William) (EOD: 06/03/2019) |
| 05/13/2019 | 31 | Summons Service Executed. Party Served: Allen Beal in care of William Morrison. (Call, Steven) (EOD: 05/13/2019) |
| 05/13/2019 | 30 | Summons Service Executed. Party Served: Allen Beal. (Call, Steven) (EOD: 05/13/2019) |
| 05/13/2019 | 29 | Notice and Opportunity for Hearing (related document(s):28 Motion Extend Time) -- *for filing Adversary Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. 523 and 727* -- Filed by State Bank of Southern Utah. Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. Deadline for filing objections: 6/3/2019. (Call, Steven) (EOD: 05/13/2019) |
| 05/13/2019 | 28 | Verified Motion to Extend Time to File Adversary Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. 523 and 727 Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibit A - Email to William Morrison # 2 Exhibit B - Email to William Morrison # 3 Exhibit C - Email to Mr. Morrison # 4 List of 20 Largest Creditors D - Email to William Morrison # 5 Exhibit E - Correspondence from Clerk of Court regarding Issues with Attempting to File Adversary Complaint) (Call, Steven) (EOD: 05/13/2019) |
| 05/04/2019 | | Creditor Request for Notices. Creditor Added: SYNCHRONY BANK. Filed by SYNCHRONY BANK. (Waite, Aaron) (EOD: 05/04/2019) |
| 04/23/2019 | 27 | Adversary case 19-02043. Complaint by State Bank of Southern Utah against Allen Beal. Fee Amount $350. Payment to be made via Pay.gov. |

SBSU EV HG000032

7/18/2019    Case 19-02043    Doc 18-1    Filed 07/23/19    Entered 07/23/19 19:04:04    Desc Exhibit
1 through 13 to witness and exhibit list    Page 45 of 53

District of Utah - Live Database 19-2026

Nature of Suit(s): [68 (Dischargeability - 523(a)(6), willful and malicious injury)][41 Objection / revocation of discharge - 727(c),(d),(e)]. (Call, Steven) Modified on 4/23/2019 (gci). (EOD: 04/23/2019)

| 04/16/2019 | | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 12575.00, Assets Exempt: $ 2513.50, Claims Scheduled: $ 781267.60, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 781267.60. (Jones tr, Philip) (EOD: 04/16/2019) |
|---|---|---|
| 04/14/2019 | 26 | Personal Financial Management Course Certificate for Debtor Allen Beal Provided by Access Counseling, Inc., (800) 443-7169 (EOD: 04/14/2019) |
| 04/10/2019 | 25 | Certificate of Service Re: Miscellaneous Pleadings. Notice Date 04/10/2019. (Admin.) (EOD: 04/10/2019) |
| 04/10/2019 | 24 | Amended Document (related document(s):23 Notice *Errata to Notice of Intent to Serve Rule 2004 Subpoena for Production of Documents on Mountain America Credit Union* Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibit 1 - Order Authorizing Rule 2004 Examination of Mountain America Credit Union # 2 Exhibit 2 - Amended Exhibit B to Rule 2004 Subpoena for the Production of Documents to Mountain America Credit Union) (Call, Steven) (EOD: 04/10/2019) |
| 04/08/2019 | 23 | Notice *of Intent to Serve Rule 2004 Subpoena for Production of Documents on Mountain America Credit Union* Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibit Order Authorizing Rule 2004 Examination of Mountain America Credit Union (Doc. 21) # 2 Exhibit 2 - Subpoena for Rule 2004 Production of Documents (Mountain America Credit Union)) (Call, Steven) (EOD: 04/08/2019) |
| 04/08/2019 | | Clerks Notice to File Financial Management Education Certificate (B23/423) (admin) (EOD: 04/08/2019) |
| 04/05/2019 | 22 | Notice *of 2004 Examination of Debtor* Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibit Order Authorizing Rule 2004 Examination of the Debtor # 2 Exhibit Subpoena in Connection with 2004 Examination) (Call, Steven) (EOD: 04/05/2019) |
| 04/05/2019 | 21 | Order Granting Motion For Examination Under Rule 2004 (Related Doc # |

SBSU EV HG000033

District of Utah - Live Database 19-20226

| | | |
|---|---|---|
| | | 16). Person or Entity Being Examined: Mountain America Credit Union. (gci) (EOD: 04/05/2019) |
| 04/05/2019 | 20 | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 14). Person or Entity Being Examined: Allen Beal. (gci) (EOD: 04/05/2019) |
| 04/05/2019 | 19 | Pending Order (Ex Parte) Re: 16 Motion for Examination Under Rule 2004. (Call, Steven) [Order# 372908] (EOD: 04/05/2019) |
| 04/05/2019 | 18 | Pending Order (Ex Parte) Re: 14 Motion for Examination Under Rule 2004. (Call, Steven) [Order# 372907] (EOD: 04/05/2019) |
| 04/05/2019 | | Unsigned Order (related document(s):15 Pending Order filed by Steven W. Call), Reason Order Was Unsigned: Court will not order the attendance or production of documents on an ex parte basis. Order should simply state that movant is authorized to conduct examination of the party and that the attendance and production of documents may be compelled pursuant to Fed. R. Bankr. P. 2004(c). See Local Rule 2004-1. (gci) (EOD: 04/05/2019) |
| 04/05/2019 | 17 | Pending Order (Ex Parte) Re: 16 Motion for Examination Under Rule 2004 and Order Authorizing compelled production of documents to 3rd party. (Call, Steven) [Order# 372848] (EOD: 04/05/2019) |
| 04/05/2019 | 16 | Ex Parte Motion for Examination Under Rule 2004 *and for Order Authorizing the Compelled Production of Documents to 3rd Party* Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 04/05/2019) |
| 04/05/2019 | 15 | Pending Order (Ex Parte) Re: 14 Motion for Examination of the Debtor and Compelled Production of Documents Under Rule 2004. (Call, Steven) [Order# 372847] (EOD: 04/05/2019) |
| 04/05/2019 | 14 | Ex Parte Motion for Examination Under Rule 2004 *of the Debtor and for Production of Documents* Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 04/05/2019) |
| 02/23/2019 | 13 | BNC Certificate of Service Re: Notice (related document(s): Trustee's Request for Creditors to File Claims). Notice Date 02/23/2019. (Admin.) (EOD: 02/23/2019) |
| 02/21/2019 | | Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 5/24/2019. (Jones tr, Philip) (EOD: 02/21/2019) |
| 02/21/2019 | 12 | Reaffirmation Agreement Between Debtor and *MOUNTAIN AMERICA CREDIT UNION (2008 DODGE RAM 2500)*. (Robinson, Kacee) (EOD: 02/21/2019) |
| 02/08/2019 | | Notice of Appearance of Counsel and Request for Notice. Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 02/08/2019) |

SBSU EV HG000034

| 01/29/2019 | 11 | Declaration/Affidavit Re: Tax Returns Filed by Allen Beal. (Morrison, William) (EOD: 01/29/2019) |
| 01/29/2019 | 10 | Statement of Intention Filed by Allen Beal. (Morrison, William) (EOD: 01/29/2019) |
| 01/29/2019 | 9 | Statement of Financial Affairs and Schedules, Summary of Assets and Liabilities Schedules Filed by Allen Beal. (Morrison, William) (EOD: 01/29/2019) |
| 01/29/2019 | 8 | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and Statement of Exemption from Presumption of Abuse Form 122A-1Supp The Debtor has Primarily Non-Consumer Debts. Filed by Allen Beal. (Morrison, William) (EOD: 01/29/2019) |
| 01/29/2019 | 7 | Domestic Support List of Creditors (Matrix) Filed by Allen Beal. (Morrison, William) (EOD: 01/29/2019) |
| 01/24/2019 | 6 | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): First Meeting (Chapter 7)). Notice Date 01/24/2019. (Admin.) (EOD: 01/24/2019) |
| 01/18/2019 | 5 | BNC Certificate of Service Re: Deficiency Notice (related document(s): Chapter 7 Deficiencies). Notice Date 01/18/2019. (Admin.) (EOD: 01/18/2019) |
| 01/18/2019 |  | Creditor(s) uploaded (29 creditors). (Morrison, William) (EOD: 01/18/2019) |
| 01/16/2019 |  | DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: List of Creditors. Declaration/Schedules Signatures, Chapter 7 Statement of Your Current Monthly Income, Statement of Financial Affairs and Schedules, Summary of Assets and Liabilities, Incomplete Filings due by 1/29/2019. 11 USC 521(i) Deadline: 3/4/2019. (gci) (EOD: 01/16/2019) |
| 01/15/2019 | 4 | Disclosure of Compensation of Attorney for Debtor (per BR 2016). Filed by Allen Beal. (Morrison, William) (EOD: 01/15/2019) |
| 01/15/2019 | 3 | Notice to Individual Consumer Debtor (B342). Filed by Allen Beal. (Morrison, William) (EOD: 01/15/2019) |
| 01/15/2019 |  | Meeting of Creditors & Notice of Appointment of Interim Trustee Philip G. Jones tr, with 341(a) meeting to be held on 02/20/2019 at Provo City Library. Objections to Discharge due by 04/22/2019. (EOD: 01/15/2019) |
| 01/15/2019 | 2 | Statement of Social Security Number(s) Filed by Allen Beal. (Morrison, William) (EOD: 01/15/2019) |
| 01/15/2019 |  | Receipt of Filing Fee for Voluntary Petition (Chapter 7)(19-20276) [misc,volp7a] ( 335.00). Receipt Number 21844492, Amount $ 335.00 |

SBSU EV HG000035

| | | (Re: Doc# 1). (U.S. Treasury) (EOD: 01/15/2019) |
|---|---|---|
| 01/15/2019 | 1 | Chapter 7 Voluntary Petition. Filed by Allen Beal. (Morrison, William) (EOD: 01/15/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/18/2019 12:59:45 | | | |
| **PACER Login:** | rq0001:2626233:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-20276 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

SBSU EV HG000036

# Exhibit 13

727OBJ

# U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
## Adversary Proceeding #: 19-02043

*Assigned to:* R. Kimball Mosier                    *Date Filed:* 04/23/19
*Lead BK Case:* 19-20276
*Lead BK Title:* Allen Beal
*Lead BK Chapter:* 7
*Demand:* $168000

*Nature[s] of Suit:*  68 Dischargeability - 523(a)(6), willful and malicious injury
                      41 Objection / revocation of discharge - 727(c),(d),(e)

### Plaintiff
-------------------------

**State Bank of Southern Utah**                    represented by **Steven W. Call**
36 South State                                     Ray Quinney & Nebeker
Salt Lake City, Ut 84111                           36 South State Street
8013233310                                         Suite 1400
                                                   Salt Lake City, UT 84111
                                                   (801) 532-1500
                                                   Fax : (801) 532-7543
                                                   Email: scall@rqn.com

                                                   **Justin Michael Kuettel**
                                                   Ray Quinney & Nebeker
                                                   36 South State Street
                                                   Suite 1400
                                                   Salt Lake City, UT 84111
                                                   801-323-3681
                                                   Fax : 801-532-7543
                                                   Email: jkuettel@rqn.com

V.

### Defendant
-------------------------

**Allen Beal**                                     represented by **William P. Morrison**
409 W 100 So                                       Morrison Law Office, Inc.
Ephraim, UT 84627                                  5957 S. Redwood Rd., Suite 101
SSN / ITIN: xxx-xx-5998                            Salt Lake City, UT 84123
                                                   (801) 519-9772
                                                   Fax : (801) 590-9368
                                                   Email: willmorrison01@gmail.com
                                                   *LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|

SBSU EV HG000037

| 06/26/2019 | | Notice of Appearance of Counsel and Request for Notice. Filed by State Bank of Southern Utah. (Kuettel, Justin) (EOD: 06/26/2019) |
| --- | --- | --- |
| 06/25/2019 | 16 | PDF with attached Audio File. Court Date & Time [ 6/25/2019 10:08:44 AM ]. File Size [ 4178 KB ]. Run Time [ 00:08:42 ]. (Verified Motion to Extend Time for Filing Adversary Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. 523 and 727). (admin). (EOD: 06/25/2019) |
| 06/25/2019 | | Minute Entry Re: (related document(s): 6 Motion Extend Time, 11 Motion to Dismiss Adversary Proceeding, 12 Motion to Strike). Appearances: Steven W. Call and Justin Kuettel(Plf); William Morrison (Dfd). Final pretrial conference scheduled for 07/30/2019 at 10:00 AM at US Bankruptcy Court. List of witnesses and exhibits due 7/23/19. (tjc) (EOD: 06/25/2019) |
| 06/20/2019 | 15 | Supporting Reply Memorandum to (related document(s):6 Motion Extend Time) *with attached tabs F-H* Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 06/20/2019) |
| 06/20/2019 | 14 | Objection to (related document(s):12 Motion to Strike) Filed by State Bank of Southern Utah. (Call, Steven) (EOD: 06/20/2019) |
| 06/07/2019 | | Hearing Set(related document(s):12 Motion to Strike). Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. (tjc) (EOD: 06/07/2019) |
| 06/03/2019 | 13 | Notice of Hearing (related document(s):11 Motion to Dismiss Adversary Proceeding) and 12 Motion to Strike Filed by Allen Beal. Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. Deadline for filing objections: 6/20/2019. (Morrison, William). Modified on 6/7/2019 (tjc). (EOD: 06/03/2019) |
| 06/03/2019 | 12 | Motion to Strike(related document(s):6 Motion Extend Time) Filed by Allen Beal. (Morrison, William) (EOD: 06/03/2019) |
| 06/03/2019 | 11 | Motion to Dismiss Adversary Proceeding Filed by Allen Beal. (Morrison, William) (EOD: 06/03/2019) |
| 06/03/2019 | 10 | Objection to (related document(s):6 Motion Extend Time) Filed by Allen Beal. (Morrison, William) (EOD: 06/03/2019) |
| 05/14/2019 | 9 | Summons Service Executed. Party Served: Allen Beal in care of William Morrison. (Call, Steven) (EOD: 05/14/2019) |
| 05/14/2019 | 8 | Summons Service Executed. Party Served: Allen Beal. (Call, Steven) (EOD: 05/14/2019) |
| 05/14/2019 | | Hearing Set(related document(s):6 Motion Extend Time) Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. (lmg) |

SBSU EV HG000038

7/18/2019

Case 19-02043    Doc 18-1    Filed 07/23/19    Entered 07/23/19 19:04:04    Desc Exhibit 1 through 13 to witness and exhibit list    Page 52 of 53

District of Utah - Live Database 19-02043

| | | (EOD: 05/14/2019) |
|---|---|---|
| 05/13/2019 | 7 | Notice and Opportunity for Hearing (related document(s): 6 Motion Extend Time) Filed by State Bank of Southern Utah. Hearing scheduled for 6/25/2019 at 10:00 AM at US Bankruptcy Court. Deadline for filing objections: 6/3/2019 (Call, Steven) Modified on 5/14/2019 (lmg). (EOD: 05/13/2019) |
| 05/10/2019 | 6 | Verified Motion to Extend Time for Filing Adversary Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. 523 and 727 Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibit A - Email to William Morrison # 2 Exhibit B - Email to William Morrison # 3 Exhibit C - Email to William Morrison # 4 Exhibit D - Email to William Morrison # 5 Exhibit E - Correspondence from Clerk of Court regarding Issues with Attempting to File Adversary Complaint) (Call, Steven) (EOD: 05/10/2019) |
| 05/07/2019 | 5 | Correspondence re: Issues with attempting to file Adversary 19-2043 via ECF. (lor) (EOD: 05/07/2019) |
| 04/25/2019 | 4 | BNC Certificate of Service Re: Notice (related document(s):2 Notice Re: the Filing of a Complaint Objecting to Your Discharge). Notice Date 04/25/2019. (Admin.) (EOD: 04/25/2019) |
| 04/23/2019 | 3 | Notice of Exhibit List -- *Exhibits 1-10 to Complaint* -- Filed by State Bank of Southern Utah. (Attachments: # 1 Exhibits 1 - 10) (Call, Steven) (EOD: 04/23/2019) |
| 04/23/2019 | | Receipt of Filing Fee for Complaint(19-02043) [cmp,cmp] ( 350.00). Receipt Number 22197209, Amount $ 350.00 (Re: Doc# 1). (U.S. Treasury) (EOD: 04/23/2019) |
| 04/23/2019 | 2 | Notice Regarding the Filing of a Complaint Objecting to Your Bankruptcy Discharge. (Admin.) (EOD: 04/23/2019) |
| 04/23/2019 | | Summons Issued Summons Issued (Call, Steven) (EOD: 04/23/2019) |
| 04/23/2019 | 1 | Adversary case 19-02043. Complaint by State Bank of Southern Utah against Allen Beal. Fee Amount $350. Payment to be made via Pay.gov. Nature of Suit(s): [68 (Dischargeability - 523(a)(6), willful and malicious injury) [41 Objection / revocation of discharge - 727(c),(d),(e)]. (Call, Steven) Modified on 4/23/2019 (gci). (EOD: 04/23/2019) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 07/18/2019 13:00:43 |

SBSU EV HG000039

7/18/2019    Case 19-02043    Doc 18-1    Filed 07/23/19    Entered 07/23/19 19:04:04    Desc Exhibit
1 through 13 to witness and exhibit list    Page 53 of 53

District of Utah - Live Database 19-02043

| PACER Login: | rq0001:2626233:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 19-02043 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 2 | Cost: | 0.20 |