Will Morrison (07587)
MORRISON LAW OFFICE, INC.
5957 S Redwood Rd, #101
Salt Lake City, UT 84123
Telephone: 801-519-9772
Email:  willmorrison01@gmail.com

Attorney for Debtor/Defendant Allen Beal

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy Case No.: 19-20276 |
| ALLEN BEAL | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| STATE BANK OF SOUTHERN UTAH, | : | |
| a Utah banking corporation, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding No.: 19-02043 |
| | : | |
| v. | : | |
| | : | |
| ALLEN BEAL, | : | |
| | : | |
| Defendant/Debtor. | : | |

---

### DEFENDANT'S AMENDED LIST OF WITNESSES
### FOR EVIDENTIARY HEARING

---

COMES NOW the Defendant, Allen Beal, by and through counsel, who hereby submits the following Amended List of Witnesses for the evidentiary hearing to be held in connection with Plaintiff's Verified Motion for Extension of Time for Filing Adversary Proceeding and/or Defendant's Motion to Dismiss Adversary Proceeding:

## WITNESS LIST:

1. Jeanine Tanner, United States Bankruptcy Court staff member - help line clerk.

2. Steven Call, Attorney for Plaintiff.

3. Gary Gefeller, United States Bankruptcy Court staff member - Chief Deputy.

4. Any witnesses identified by the Plaintiff in this matter.

5. Defendant reserves the right to supplement this list as discovery is undertaken and further information becomes known.

DATED: 8/27/19　　　　　　　　/s/　Will Morrison
　　　　　　　　　　　　　　　　　MORRISON LAW OFFICE, INC.
　　　　　　　　　　　　　　　　　Attorney for Defendant/Debtor

## CERTIFICATE OF SERVICE

This certifies that on 8/27/19, I caused to be served, via the method of service set forth below, a true and correct copy of the foregoing Defendant's Amended List of Witnesses and Exhibits for Evidentiary Hearing, upon each of the following:

Steven W Call
Ray Quinney & Nebeker, PC
via ECF Notification

Office of US Trustee
via ECF Notification

　　　　DATED: 8/27/19　　　　　　　　　/s/　Will Morrison