**[Form 736]** [Ntc of Rescheduled Hrg AP]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Allen Beal<br>            Debtor(s).<br><br>State Bank of Southern Utah,<br>            Plaintiff(s),<br>    v.<br>Allen Beal,<br>            Defendant(s). | Case No. 19−20276 RKM<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 19−02043 |

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on Motion to Extend Time, et al. in

the above−entitled case previously scheduled for October 23, 2019 at 1:00 p.m. has been rescheduled

and shall come on for hearing before the Honorable Judge R. Kimball Mosier on October 23, 2019 at 2:00 p.m.

at US Bankruptcy Court, 350 South Main Street, Salt Lake City, UT 84101.

Dated: October 7, 2019

                                            David A. Sime
                                            Clerk of Court   (6)

```
                        United States Bankruptcy Court
                              District of Utah
State Bank of Southern Utah,
        Plaintiff                                      Adv. Proc. No. 19-02043-RKM

Beal,
            Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: skr              Page 1 of 1          Date Rcvd: Oct 07, 2019
                              Form ID: f736          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
dft           +Allen Beal,    409 W 100 So,    Ephraim, UT 84627-1340
pla           +State Bank of Southern Utah,    36 South State,    Salt Lake City, Ut 84111-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
```
              Justin Michael Kuettel    on behalf of Plaintiff   State Bank of Southern Utah jkuettel@rqn.com,
               lbonnell@rqn.com
              Steven W. Call    on behalf of Plaintiff   State Bank of Southern Utah scall@rqn.com,
               docket@rqn.com,lconterio@rqn.com
              William P. Morrison    on behalf of Defendant Allen  Beal willmorrison01@gmail.com,
               G23388@notify.cincompass.com
                                                                                             TOTAL: 3
```