STEVEN W. CALL (5260)
JUSTIN M. KUETTEL (16873)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: scall@rqn.com
Email: jkuettel@rqn.com

*Attorneys for State Bank of Southern Utah*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**ALLEN BEAL**<br><br>Debtor. | Chapter 7 Case<br>No. 19-20276<br><br>Adversary Proceeding<br>No. 19−02043 RKM<br><br>Honorable R. Kimball Mosier<br><br>(Filed via ECF) |

**ORDER GRANTING STATE BANK OF SOUTHERN UTAH'S EX PARTE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL**

The Court having considered State Bank of Southern Utah's Ex Parte Motion for Extension of Time to File a Notice of Appeal pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure (the "Motion") and for cause shown, IT IS HEREBY ORDERED that:

1. The Motion is Grant; and

2. State Bank of Southern Utah shall have up to 21 days after the time established in Rule 8002 or 14 days after the entry of this order, whichever is later, for the filing of a notice of appeal as prescribed by Fed R. Bank. P. 8002(d)(3).

[****** End of Document ******]

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2020, I electronically filed the foregoing **STATE BANK OF SOUTHERN UTAH'S EX PARTGE MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL** with the Clerk of the Court using the Court's CM/ECF system, which sent notice of electronic filing to the ECF users registered to receive email notice/service for this case.

/s/
Lisa Conterio, legal assistant

1526064

3

ORDER TO BE SENT TO:

**Allen Beal Steven W. Call**
**1088-2 409 W 100 So**
**Ephraim, UT 84627-1340**

**Steven W. Call**
**Justin Michael Kuettel**
**Ray Quinney & Nebeker**
**36 South State Street**
**Suite 1400**
**Salt Lake City, UT 84123-5218**

**William P. Morrison State**
**Morrison Law Office, Inc.**
**5957 S. Redwood Rd.**
**Suite 101**
**Salt Lake City, Ut 84111-1401**