**This order is SIGNED.**

**Dated: April 14, 2020**

*R. Kimball Mosier*

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**



STEVEN W. CALL (5260)
JUSTIN M. KUETTEL (16873)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: scall@rqn.com
Email: jkuettel@rqn.com

*Attorneys for State Bank of Southern Utah*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**ALLEN BEAL**<br><br>Debtor. | Chapter 7 Case<br>No. 19-20276<br><br>Adversary Proceeding<br>No. 19−02043 RKM<br><br>Honorable R. Kimball Mosier<br><br>(Filed via ECF) |

**ORDER GRANTING STATE BANK OF SOUTHERN UTAH'S EX PARTE MOTION
FOR EXTENSION OF TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL**

The Court having considered State Bank of Southern Utah's Ex Parte Motion for Extension of Time to File a Notice of Appeal pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure (the "Motion") and for cause shown, IT IS HEREBY ORDERED that:

1. The Motion is Grant; and

      2.  State Bank of Southern Utah shall have up to 21 days after the time established in Rule 8002 or 14 days after the entry of this order, whichever is later, for the filing of a notice of appeal as prescribed by Fed R. Bank. P. 8002(d)(3).

[******  End of Document ******]

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2020, I electronically filed the foregoing **STATE BANK OF SOUTHERN UTAH'S EX PARTGE MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL** with the Clerk of the Court using the Court's CM/ECF system, which sent notice of electronic filing to the ECF users registered to receive email notice/service for this case.

                                                          /s/
                                                 Lisa Conterio, legal assistant

1526064

ORDER TO BE SENT TO:

**Allen Beal Steven W. Call**
**1088-2 409 W 100 So**
**Ephraim, UT 84627-1340**

**Steven W. Call**
**Justin Michael Kuettel**
**Ray Quinney & Nebeker**
**36 South State Street**
**Suite 1400**
**Salt Lake City, UT 84123-5218**

**William P. Morrison State**
**Morrison Law Office, Inc.**
**5957 S. Redwood Rd.**
**Suite 101**
**Salt Lake City, Ut 84111-1401**

United States Bankruptcy Court
District of Utah

State Bank of Southern Utah,
    Plaintiff

Adv. Proc. No. 19-02043-RKM

Beal,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: gci      Page 1 of 1      Date Rcvd: Apr 14, 2020
                     Form ID: pdfor1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
dft          +Allen Beal,    409 W 100 So,    Ephraim, UT 84627-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
         Justin Michael Kuettel    on behalf of Plaintiff    State Bank of Southern Utah jkuettel@rqn.com, moakeson@rqn.com
         Steven W. Call    on behalf of Plaintiff    State Bank of Southern Utah scall@rqn.com, docket@rqn.com,lconterio@rqn.com
         William P. Morrison    on behalf of Defendant Allen Beal willmorrison01@gmail.com, G23388@notify.cincompass.com
                                                                                                  TOTAL: 3