**Form 285** [Guidelines for Appeal Procedures District Court]

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

# GUIDELINES FOR APPEAL PROCEDURES TO
# UNITED STATES DISTRICT COURT

---

Pursuant to Fed. R. Bankr. P. 8006, the following guidelines should be used to facilitate the processing of the recently filed appeal. The forms mentioned below are accessible on the Bankruptcy Court's website www.utb.uscourts.gov.

1. The Bankruptcy Court's Appeals Clerk, as required by DUCivR 83–7.9, has already transmitted copies of the Notice of Appeal and Statement of Election and other pertinent pleadings to the U.S. District Court Clerk's office. A District Court case number will be assigned. Within 14 days after the filing of the Notice of Appeal, the Appellant shall file a Designation of Record and Statement of Issues on Appeal with the Bankruptcy Court and serve a copy on the Appellee. The Appellee has 14 days after the service of Appellant's Designation of Record and Statement of Issues to file his/her own Designation of Record and Statement of Issues with the Bankruptcy Court and serve a copy on the Appellant. All further documents shall be filed with the United States District Court for the District of Utah. Instructions to assist you will be forwarded by the District Court Clerk's office.

2. Timely Requests for Transcripts are necessary to ensure adequate time to reproduce the records. Any party must order the parts of the transcript that will be needed on appeal. The Court will not bear the cost of requested transcripts. Please file the transcript order form with the Clerk of the Bankruptcy Court and the U.S. District Court Clerk's office as proof of a timely request.

3. If the case is remanded to the Bankruptcy Court, counsel should obtain time on the Court's calendar for whatever proceedings are required. For further information see Fed. R. Bankr. P. 8001–8020.

4. As mentioned previously, forms may be obtained or referenced on the Bankruptcy Court website. In addition, copies of the docket may be obtained through PACER (www.pacer.gov) or by contacting the Bankruptcy Court Clerk's office at 801–524–6687.

David A. Sime
Clerk of Court

Rev. 04/16

United States Bankruptcy Court
District of Utah

State Bank of Southern Utah,
        Plaintiff
                                                           Adv. Proc. No. 19-02043-RKM

Beal,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: mfr              Page 1 of 1              Date Rcvd: May 06, 2020
                             Form ID: f285           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov May 07 2020 03:11:17     United States Trustee,
                 Washington Federal Bank Bldg.,   405 South Main Street,   Suite 300,
                 Salt Lake City, UT 84111-3402
                                                                           TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Justin Michael Kuettel    on behalf of Plaintiff    State Bank of Southern Utah jkuettel@rqn.com,
           moakeson@rqn.com
          Steven W. Call    on behalf of Plaintiff    State Bank of Southern Utah scall@rqn.com,
           docket@rqn.com,lconterio@rqn.com
          William P. Morrison    on behalf of Defendant Allen  Beal willmorrison01@gmail.com,
           G23388@notify.cincompass.com
                                                               TOTAL: 3