UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

## NOTICE OF TRANSCRIPT ORDER FORM - APPEAL

To be completed by appellant within ten days of filing of notice of appeal. To be completed by appellee within ten days after service. Form to be transmitted to transcriptionist AND filed with the Clerk's office.(F.R.B.P. 8009.)

    XX Appellant will pay cost of transcript        Appellee will pay cost of transcript

Case Name: In re: Allen Beal     Bankruptcy Court Number: Adversary 19-02043

Name of Attorney: Steven W. Call, *we need to have it early on the May 20th or before then.*

Name of Law Firm Ray Quinney & Nebeker PC

Address of Firm: 36 S. State Suite 1400, SLC UT 84111. Telephone of Firm:801 532-1500

Attorneys for: Creditor State Bank of Southern Utah

Name & Phone # of Transcriptionist: Citi Court

Title of Proceeding: Evidentiary Hearing

Date of Proceeding: 10/23/2019 & 10/24/2019

Portion Requested:    "  Opening Statements        XX"  Entire Proceeding
                      "  Closing Arguments         "   Other _____

### CERTIFICATE OF COMPLIANCE

My signature on this form constitutes my agreement to pay for the transcript ordered on this form. I also certify that copies of this transcript order form have been served on the transcriptionist, the Clerk of the United States Bankruptcy Court, and all parties as appropriate. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the transcriptionist.

Signature of Ordering Party [signature]    Date: 5-15-2020

TO BE COMPLETED BY THE TRANSCRIPTIONIST

Date request received: 5/18/20    Date arrangements for payment completed: 5/18/20

Estimated completion date: _____    Estimated number of pages: _____

I certify that I have read this Notice and that adequate arrangements for payment have been made.

Signature of Transcriptionist: Jason Bohn    Date: 5/18/20

Rev 10/2006