# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| IN RE:<br><br>ALLEN BEAL,<br><br>Debtor. | BANKRUPTCY CASE NO. 19-20276<br><br>ADVERSARY NO. 19-02043<br><br>DISTRICT CASE NO. 2:20-cv-00298 DBB |
|---|---|

## DESIGNATION OF RECORD ON APPEAL

**The Appellant hereby designates the following pleadings/transcripts and the Record on Appeal and requests that the same be transmitted to the United States District Court, District of Utah.**

| Bankruptcy Case or Adversary | Pleading Description | Docket Number | Pleading Date filed |
|---|---|---|---|
| Adv. 19-02043 | Complaint/Summons Issued | 1 | 4/23/2019 |
| Adv. 19-02043 | Notice of Filing | 2 | |
| Adv. 19-02043 | Notice of Exhibit List -- *Exhibits 1-10 to Complaint* | 3 | 4/23/2019 |
| Adv. 19-02043 | Certificate of Service Re: Notice of Filing of a Complaint Objecting to Discharge | 4 | 4/25/2019 |
| Adv. 19-02043 | Correspondence re: Issues with attempting to file Adversary 19-2043 | 5 | 5/07/2019 |
| Adv. 19-02043 | Verified Motion to Extend Time for Filing Adversary Proceeding for Non-Dischargeability and Denial of Discharge Pursuant to 11 U.S.C. 523 and 727 Filed by State Bank of Southern Utah. Exhibit A - Email to William Morrison Exhibit B - Email to William Morrison  Exhibit C - Email to William Morrison Exhibit D -Email to William Morrison Exhibit E – Corrsp. Clerk of Court | 6 | 5/10/2019 |

| | | | |
|---|---|---|---|
| Adv. 19-02043 | Notice and Opportunity for Hearing | 7 | 5/13/2019 |
| Adv. 19-02043 | Summons Service Executed. Party Served: Allen Beal | 8 | 5/14/2019 |
| Adv. 19-02043 | Summons Service Executed. Party Served: Allen Beal in care of William Morrison. | 9 | 5/14/2019 |
| Adv. 19-02043 | Objection to Motion to Extend | 10 | 6/3/2019 |
| Adv. 19-02043 | Motion to Dismiss Adversary Proceeding | 11 | 6/3/2019 |
| Adv. 19-02043 | Motion to Strike Motion to Extend Time | 12 | 6/3/2019 |
| Adv. 19-02043 | Notice of Hearing | 13 | 6/3/2019 |
| Adv. 19-02043 | Objection to Motion to Strike | 14 | 6/20/2019 |
| Adv. 19-02043 | Supporting Reply Memorandum | 15 | 6/20/2019 |
| Adv. 19-02043 | Audio File: 6/25/2019 hearing | 16 | 6/25/2019 |
| Adv. 19-02043 | Notice of Witness and Exhibit List | 17 | 7/23/2019 |
| Adv. 19-02043 | Notice of Witness and Exhibit List | 18 | 7/23/2019 |
| Adv. 19-02043 | Audio File: Final Pretrial Conference | 19 | 7/30/2019 |
| Adv. 19-02043 | Notice of Exhibit List for Evidentiary Hearing | 20 | 7/31/2019 |
| Adv. 19-02043 | Notice of Exhibit List *Witness List (Amended)* | 21 | 7/31/2019 |
| Adv. 19-02043 | Audio File: Final Pretrial Conf | 22 | 8/27/2019 |
| Adv. 19-02043 | Notice of Witness List *Amended* Filed by Allen Beal | 23 | 8/27/2019 |
| Adv. 19-02043 | Certificate of Service Re: Miscellaneous Pleadings | 24 | 9/25/2019 |
| Adv. 19-02043 | Certificate of Service Re: Miscellaneous Pleadings | 25 | 10/9/2019 |

| | | | |
|---|---|---|---|
| Adv. 19-02043 | Audio File: 10/23/2019 Evidentiary Hearing *transcript has been ordered* | 26 | 10/23/2019 |
| Adv. 19-02043 | Audio File: day 2 Evidentiary Hearing *Transcript has been ordered* | 27 | 10/24/2019 |
| Adv. 19-02043 | Memorandum Decision/Opinion and Order | 28 | 3/31/2020 |
| Adv. 19-02043 | Order and Judgment Denying Motion to Extend Time, Granting Defendant's Motion To Dismiss and Dismissing Adversary Proceeding | 29 | 3/31/2020 |
| Adv. 19-02043 | Motion to Extend Time to File Notice of Appeal Filed by State Bank of Southern Utah | 30 | 4/13/2020 |
| Adv. 19-02043 | Pending Order | 31 | 4/13/2020 |
| Adv. 19-02043 | Order Granting Motion to Extend Time to File Notice of Appeal. State Bank of Southern Utah shall have up to 21 days after the time established in Rule 8002 or 14 days after the entry of this order. | 32 | 4/14/2020 |
| Adv. 19-02043 | Certificate of Service | 33 | 4/16/2020 |
| Adv. 19-02043 | Notice of Appeal | 34 | 5/5/2020 |
| Adv. 19-02043 | Statement of Election | 35 | 5/5/2020 |
| Adv. 19-02043 | Clerk's Notice of Filing of Appeal. An Election to District Court | 36 | 5/6/2020 |
| BK 19-20276 | Motion for Relief from Stay | 39 | 8/13/2019 |
| BK 19-20276 | Notice and Opportunity for Hearing | 40 | 8/13/2019 |
| BK 19-20276 | Audio Hearing: Pretrial Conference | 41 | 8/27/2019 |
| BK 19-20276 | Certificate/Affidavit of Non-Opposition to Motion | 42 | 9/3/2019 |

| | | | |
|---|---|---|---|
| BK 19-20276 | Pending Order | 43 | 9/3/2019 |
| BK 19-20276 | Order Granting Motion For Relief From Stay | 44 | 9/4/2019 |

DATED this 19th Day of May, 2020.

RAY QUINNEY & NEBEKER P.C.

*/s/ Steven W. Call*
　Steven W. Call

*Attorneys for Appellant State Bank of Southern Utah*

1529746

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2020, I electronically filed the foregoing **DESIGNATION OF RECORD** with the United States Bankruptcy Court for the District of Utah by using the Court's CM/ECF System. I further certify that the parties of record in this case, as identified below are registered users and will be served through the CM/ECF system:

- Will Morrison, (willmorrison01@gmail.com)

- Discharged chapter 7 trustee, Phillip Jones, (trustee@theo7.com)

                                                    */s/Lisa Conterio, Legal Assistant*